AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griesa, Thomas P. | United States District Court | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street, Room 1630
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Greater New York Councils Boy Scouts of America |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Citibank (Checking Account) | A | Interest | M | T | | | | | |
| 2. | AT&T (T) | C | Dividend | K | T | | | | | |
| 3. | Alcatel-Lucent (ALU) | | None | J | T | | | | | |
| 4. | Ameren (AEE) | B | Dividend | K | T | | | | | |
| 5. | Comcast (CMCSA) | A | Dividend | J | T | | | | | |
| 6. | Exelon (EXC) | B | Dividend | K | T | | | | | |
| 7. | Great Plains Energy (GXP) | B | Dividend | K | T | | | | | |
| 8. | Southern Co. (SO) | D | Dividend | M | T | | | | | |
| 9. | American Fund Capital Income Builder Fund (CAIBX) | E | Dividend | | | Sold | 12/06/12 | O | | |
| 10. | Western Asset Money Market Fund | | None | O | T | | | | | |
| 11. | Western Assett NY Municipals * | E | Dividend | O | T | | | | | |
| 12. | American Fund Washington Mutual Investors (AWSHX) | D | Dividend | | | Sold | 12/6/12 | M | F | |
| 13. | Nationwide Life Annuity | | None | P1 | T | | | | | |
| 14. | | | | | | | | | | |
| 15. | IRA ▓▓▓▓ : Bond Fund of America (see note) | A | Interest | K | T | Sold (part) | 11/26/12 | J | A | |
| 16. | IRA ▓▓▓▓ : Bond Fund of America (see note) | A | Interest | K | T | Sold (part) | 11/26/12 | J | A | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NEW YORK NY SUBSER C-1 ( | | None | K | T | Buy | 12/11/12 | K | | |
| 19. NEW YORK NY SUBSER I-1 ( | | None | K | T | Buy | 12/11/12 | K | | |
| 20. NEW YORK NY SUBSER H-1 ( | | None | K | T | Buy | 12/11/12 | K | | |
| 21. NEW YORK ST ENV. FACS CORP ( | A | Interest | K | T | Buy | 12/11/12 | K | | |
| 22. NEW YORK ST ENV. FACS CORP ( | A | Interest | K | T | Buy | 12/11/12 | K | | |
| 23. NEW YORK ST DORM AUTH ST PERS INCOME ( | | None | K | T | Buy | 12/11/12 | K | | |
| 24. NEW YORK STTWY AUTH GEN REV SER | | None | K | T | Buy | 12/11/12 | K | | |
| 25. NEW YORK ST URBAN DEV CORP REV | | None | L | T | Buy | 12/11/12 | L | | |
| 26. NEW YORK NY RFDG-SER K ( | | None | K | T | Buy | 12/10/12 | K | | |
| 27. NEW YORY NY CITY MUN WTR FIN AUTH WTR ( | A | Interest | K | T | Buy | 12/10/12 | K | | |
| 28. NEW YORK NY CITY TRANSITIONAL FIN ( ) | | None | K | T | Buy | 12/10/12 | K | | |
| 29. NEW YORK ST RFDG-SER  ( | | None | L | T | Buy | 12/10/12 | L | | |
| 30. NEW YORK ST DORM AUTH REVS ST ( | | None | L | T | Buy | 12/10/12 | L | | |
| 31. NEW YORK ST TWY AUTH ST PERS INCOME TAX | | None | K | T | Buy | 12/10/12 | L | | |
| 32. NEW YORK NY SER D ( | | None | L | T | Buy | 12/10/12 | L | | |
| 33. NEW YORK NY SUBSER D-1-AMBAC TCRS-BNY ( | | None | K | T | Buy | 12/10/12 | K | | |
| 34. FT UNIT 3814 MUNICIPAL INCOME | D | Interest | M | T | Buy | 12/02/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FT UNIT 3197 MLP CLOSED END FD & ENERGY | C | Interest | L | T | | | | | |
| 36. INVESTORS QUALITY TAX EXEMPT TR | | None | O | T | Buy | 12/07/12 | O | | |
| 37. | | | | | | | | | |
| 38. Assets Trust #1 | G | Int./Div. | P2 | T | | | | | |
| 39. -AT&T Inc. | | | | | Sold (part) | 3/16/12 | L | D | |
| 40. -Alcatel-Lucent ADR | | | | | Sold | 1/18/12 | J | | |
| 41. -AOL Inc. | | | | | Sold | 1/18/12 | J | | |
| 42. -Apache Corp. | | | | | Sold (part) | 3/16/12 | L | E | |
| 43. -CSX Corp. | | | | | | | | | |
| 44. -Comcast Corp | | | | | | | | | |
| 45. -DirecTV Group Inc. | | | | | | | | | |
| 46. -Franklin Resources Inc. | | | | | | | | | |
| 47. -P H Glatfelter Co. | | | | | Sold (part) | 1/18/12 | L | | |
| 48. -Great Plains Energy Inc. | | | | | | | | | |
| 49. -Hershey | | | | | | | | | |
| 50. -Host Hotels & Resorts Inc. | | | | | | | | | |
| 51. -Kansas City Southern Inds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Kellogg Co. | | | | | | | | | |
| 53. -Kimberly Clark Corp. | | | | | | | | | |
| 54. -Monsanto | | | | | | | | | |
| 55. -Neenah Paper Inc. | | | | | | | | | |
| 56. -News Corp. Class A | | | | | | | | | |
| 57. -Pepco Holdings Inc. | | | | | | | | | |
| 58. -Pitney Bowes Inc. | | | | | | | | | |
| 59. -Principal Financial Group Inc. | | | | | | | | | |
| 60. -Starwood Hotels & Resorts | | | | | | | | | |
| 61. -Time Warner Inc. | | | | | | | | | |
| 62. -Time Warner Cable | | | | | | | | | |
| 63. -US Bancorp | | | | | | | | | |
| 64. -Union Pacific Corp. | | | | | Sold (part) | 3/16/12 | L | F | |
| 65. -Williams Cos Inc. | | | | | | | | | |
| 66. -Wisconsin Energy Corp Holding Co. | | | | | | | | | |
| 67. -Adams Express Co. - Maryland | | | | | | | | | |
| 68. -Franklin Income Fund Class A | | | | | Sold (part) | 3/16/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/10/12 | O | | |
| 70. -Franklin Real Estate Securities FD Class A | | | | | | | | | |
| 71. -Vanguard Information Technology | | | | | | | | | |
| 72. -Royal Bank of Scotland | | | | | | | | | |
| 73. -Barclays Bank Pfd. | | | | | Sold | 12/10/12 | L | C | |
| 74. -HSBC Holdings Pfd. | | | | | Sold | 12/10/12 | L | D | |
| 75. -Prudential Pfd. | | | | | Sold | 12/10/12 | L | C | |
| 76. -Centerpoint Energy | | | | | | | | | |
| 77. -Microsoft | | | | | | | | | |
| 78. -DST Systems | | | | | | | | | |
| 79. -Hewlett Packard | | | | | Sold (part) | 10/1/12 | K | | |
| 80. -Intel Corp. | | | | | | | | | |
| 81. -American Fund Euro Pacific Growth Fund | | | | | | | | | |
| 82. -Templeton Bric Fund | | | | | | | | | |
| 83. -Columbia Marsico Fund | | | | | | | | | |
| 84. -Oppenheimer Developing Mkrts. Fund | | | | | | | | | |
| 85. -Verizon | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Frontier Communication | | | | | Sold | 1/18/12 | J | | |
| 87. -JP Morgan Chase | | | | | | | | | |
| 88. -Kraft Foods | | | | | | | | | |
| 89. -Johnson & Johnson | | | | | | | | | |
| 90. -US Treasury Inflation Index Notes | | | | | | | | | |
| 91. -CitiBank Bank Deposit Program | | | | | | | | | |
| 92. -US Treasury Bills | | | | | | | | | |
| 93. -Barclay Bank ETF - Crude Oil | | | | | Sold | 11/15/12 | M | | |
| 94. -SPDR Gold Trust | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Western Assett NY Municipals was erroneously omitted in previous years' disclosure reports. It was acquired in two years, 2009 and 2011. The 2009 acquisition was value code O and the 2011 acquisition was value code N, according to Cash/Market valuation (valuation method T).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Griesa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544